Walker.
1 w439
72　45

## KIMBALL *v.* WARD *et al.*

Where an answer on oath is waived, it must, notwithstanding, be signed by defendant.

COMPLAINANT having waived an answer on oath, defendants' solicitor put in several answers for his clients, subscribing their names to the answers. The cause afterwards being brought on for hearing on pleadings and proofs, complainant's solicitor, on an affidavit stating he had just discovered the defendants' names had been subscribed to their answers by their solicitor, and not by themselves, moved to have them taken from the files, and the bill taken as confessed.

*Bacon,* in support of the motion.

*Dana,* contra.

THE CHANCELLOR. The defendants should, themselves, have subscribed their names to the answers. The waiver

of the oath was no waiver of an answer subscribed by them. *Denison* v. *Bassford*, 7 *Paige R.* 370. The motion is granted, unless defendants sign the answers put in for them by their solicitor, and pay five dollars costs, within sixty days.